UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

FRANCIS L SMITH-BEY,

    Plaintiff,

vs.

GREG SHEWARD, *PCF Food Supervisor, Aramark Correctional Services, et al.*,

    Defendants.

1:11-cv-1249-JMS-DML

**Entry Concerning Selected Matters**

**I.**

The plaintiff's request to proceed *in forma pauperis* (dkt 4) is **granted**. The assessment of even a partial filing fee is not feasible at this time.

Notwithstanding the foregoing ruling, the plaintiff owes the filing fee. Accordingly, a separate order pursuant to 28 U.S.C. § 1915(b) for the collection of the filing fee has been issued.

**II.**

The plaintiff's request for an order directing service of process by the United States Marshals Service (dkt 5) is **denied as unnecessary.**

**III.**

The complaint is now subject to the screening requirement of 28 U.S.C. § 1915A(b). *Lagerstrom v. Kingston*, 463 F.3d 621, 624 (7th Cir. 2006). This statute directs that the court dismiss a complaint or any claim within a complaint which "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* The court will direct the further development of any claim which is not dismissed on this basis. The parties will be notified when this determination has been made.

**IT IS SO ORDERED.**

Date: 10/13/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Francis L. Smith-Bey
955755
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064