UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| FRANCIS L SMITH-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:11-cv-1249-JMS-DML |
| | ) | |
| GREG SHEWARD, *PCF Food* | ) | |
| *Supervisor, Aramark Correctional* | ) | |
| *Services, et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Discussing Selected Matters**

**I.**

The plaintiff's declaration for entry of default, filed on February 27, 2012, is premised on his assertion that the defendants were served with a summons and that their answer was due within twenty (20) days of such service. The plaintiff's premise is incorrect. Instead, the record shows that a *Notice of Lawsuit and Request to Waive Service of a Summons* was issued to each defendant on February 3, 2012. As described in such *Notice*, a defendant who returns a signed waiver within 30 days from the date of issuance has 60 days from the date of the *Notice* in which to answer the complaint.

The docket shows that four of the defendants returned a signed *Waiver* within the 30-day period described above and that the fifth defendant, Greg Sheward, has appeared by counsel. The docket does not show that a summons was issued, that the issuance of a summons was ordered, or that the 20-day period to respond to a summons was triggered by any of the events in the case.

The declaration for entry of default is understood as seeking an entry of default, and as so understood the request [19] is denied because no defendant is in default. The plaintiff is admonished to exercise greater care in the future in describing proceedings and in seeking relief.

## II.

The court notes the "special appearance of sovereign; counsel" filed by Grand Sheik Zacharyah Y.Y. El Malik Bey.

An individual generally may appear in federal court only *pro se* or through counsel. 28 U.S.C. ' 1654; *Lewis v. Lenc-Smith Mfg. Co.,* 784 F.2d 829, 830 (7th Cir. 1986).

Thus, unless Grand Sheik Zacharyah Y.Y. El Malik Bey is the plaintiff or is an attorney admitted to practice in this court, his special appearance is of no effect and he may not file materials on behalf of plaintiff Francis L. Smith-Bey. If he is the plaintiff, he should use the plaintiff's name, whereas if he is an attorney, he should identify himself as such.

The special appearance just noted also disparages the appearance of counsel on behalf of Mr. Sheward, but this appearance was properly entered and is effective.

**IT IS SO ORDERED.**

Date: _03/08/2012_

*(signature)*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Francis L. Smith-Bey**
**955755**
**Pendleton Correctional Facility**
**Inmate Mail/Parcels**
**4490 West Reformatory Road**
**Pendleton, IN 46064**

**All Electronically Registered Counsel**